IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEAM KENNEDY, <br><br> Plaintiff, <br><br> v. <br><br> HENRY T. BERGER, in his official capacity as Co-Chair of the New York State Board of Elections; PETER S. KOSINSKI, in his official capacity as Co-Chair of the New York State Board of Elections; ESSMA BAGNUOLA, in her official capacity as a Commissioner of the New York State Board of Elections; ANTHONY J. CASSALE, in his official capacity as a Commissioner of the New York State Board of Elections; KRISTEN ZEBROWSKI STAVISKY, in her official capacity as Co-Executive Director of the New York State Board of Elections; RAYMOND J. RILEY, III, in his official Capacity as Co-Executive Director of the New York State Board of Elections; and LETITIA JAMES, in her official capacity as the Attorney General of the state of New York, <br><br> Defendants. | Case No.: 1:24-cv-03897-ALC <br><br> **NOTICE OF MOTION** |

**PLEASE TAKE NOTICE THAT** Proposed Intervenors Green Party of New York, Libertarian Party of New York, Dr. Jill Stein, Gloria Mattera, Howie Hawkins, Crystal Sharadin, Margaret Walton, Andrew Kolstee, Mark Braiman and Richard Purtell respectfully request that the Court permit them to intervene in this case to assert claims that certain provisions of New York Election Law challenged by Plaintiff Team Kennedy are unconstitutional as applied to Proposed Intervenors. As set forth in the accompanying memorandum of law, Proposed Intervenors are entitled to intervene as a matter of right pursuant to Fed. R. Civ. P. 24(a). In the alternative, Proposed Intervenors request permissive intervention pursuant to Fed. R. Civ. P. 24(b). Proposed

Intervenors have conferred, through counsel, with Plaintiff, and Plaintiff consents to the requested relief.

In support of this Motion, Proposed Intervenors submit the accompanying Memorandum of Law and Plaintiff-Intervenors' Complaint in Intervention and for Declaratory and Injunctive Relief.

Dated: August 2, 2024

Respectfully submitted,

*/s/Melissa Cowan*
Melissa L. Cowan
*Counsel for Proposed Intervenors*
*MORE VOTER CHOICE FUND*
8 Mosher Place
West Hurley, NY 12491
845-706-3303
melissa@morevoterchoicefund.org
NY Bar Number: 5441860

Oliver B. Hall*
CENTER FOR COMPETITIVE DEMOCRACY
P.O. Box 21090
Washington, D.C. 20009
202-248-9294
DC Bar No. 976463
oliverhall@competitivedemocracy.org
*Counsel for Proposed Intervenors*
*Motion for Admission Pro Hac Vice Forthcoming

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 2, 2024 the foregoing document was filed using the Court's CM/ECF system, which will effect service upon all counsel of record.

                                                      /s/Melissa Cowan
                                                      Melissa Cowan