

250 Vesey Street  
27th Floor  
New York, NY 10281  

wmhwlaw.com  
T: 212-335-2030  
F: 212-335-2040  

August 14, 2024

**VIA ECF**
The Honorable Andrew L. Carter, Jr.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Team Kennedy v. Henry T. Berger, et al.*, No. 24-cv-03897-ALC

Dear Judge Carter:

     We write on behalf of Plaintiff Team Kennedy in the above-referenced action. We write to notify the Court that our firm has been retained today to represent Plaintiff in this action and expects to file an Amended Complaint to address certain federal issues arising out of a state court's decision on August 12, 2024 invalidating Plaintiff's independent nominating petition as candidate for President of the United States and directing the New York State Board of Elections not to place and/or print Plaintiff's name on the official ballots to be used at the November 5, 2024 General Election. *See In the Matter of the Application of Caroline Cartwright et al. v. Robert F. Kennedy, Jr. et al.*, Index No. 906349-24 (Sup. Ct. Albany) at Dkt. No. 81. We note that the previous status report filed in the instant case had committed to filing an amended complaint no later than August 16. We ask for a short additional grace period to allow us to rapidly get up to speed and incorporate the additional facts and issues presented by the recent state court decision.

     To that end, we expect to file an Amended Complaint by August 23, 2024.

Sincerely,

/s/ Jim Walden
Jim Walden

*Attorneys for Plaintiff Team Kennedy*

cc: All counsel of record (via ECF)