UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TEAM KENNEDY,

        Plaintiff,

  -against-

HENRY T. BERGER, in his official capacity as the Co-Chair of the New York State Board of Elections; PETER S. KOSINSKI, in his official capacity as the Co-Chair of the New York State Board of Elections; ESSMA BAGNUOLA, in her official capacity as a Commissioner of the New York State Board of Elections; ANTHONY J. CASALE, in his official capacity as a Commissioner of the New York State Board of Elections; KRISTEN ZEBROWSKI STAVISKY, in her official capacity as Co-Executive Director of the New York State Board of Elections; RAYMOND J. RILEY, III, in his official Capacity as Co-Executive Director of the New York State Board of Elections; and LETITIA JAMES, in her official capacity as the Attorney General of the state of New York,

        Defendants.

No. 24-cv-03897-ALC

**NOTICE OF APPEARANCE**

---

      SETH J. FARBER, a Special Litigation Counsel in the Office of the Attorney General of the State of New York, hereby enters his appearance as counsel for Defendants Henry T. Berger, in his official capacity as the Co-Chair of the New York State Board of Elections (the "Board"); Peter S. Kosinski, in his official capacity as the Co-Chair of the Board; Essma Bagnuola, in her official capacity as a Commissioner of the Board; Anthony J. Casale, in his official capacity as a Commissioner of the Board; Kristen Zebrowski Stavisky, in her official capacity as Co-Executive Director of the Board; Raymond J. Riley, III, in his official Capacity as Co-Executive Director of the Board; and Letitia James, in her official capacity as the Attorney General of the State of New York in the above-captioned action and certifies that he is admitted to practice in this Court, and his address and telephone number are set forth below.

Dated: New York, New York
      August 22, 2024

Respectfully submitted,

LETITIA JAMES
Attorney General of the State of New York
*Attorney for Defendants*

By: \_\_/s/_____
Seth J. Farber
Special Litigation Counsel
28 Liberty Street
New York, New York 10005
(212) 416-8029
Seth.Farber@ag.ny.gov

To: All counsel of record (by ECF)