UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
TEAM KENNEDY, AMERICAN VALUES 2024,     Case No. 24-cv-3897-ALC
AND JEFFREY ROSE,

                        Plaintiffs,

      -against-

HENRY T. BERGER, in his official
capacity as the Co-Chair of the New York     **ORDER TO SHOW CAUSE**
State Board of Elections; PETER S.     **FOR A TEMPORARY**
KOSINSKI, in his official capacity as the     **RESTRAINING ORDER AND/OR**
Co-Chair of the New York State Board of     **PRELIMINARY INJUNCTION**
Elections; ESSMA BAGNUOLA, in her
official capacity as a Commissioner of the
New York State Board of Elections;
ANTHONY J. CASSALE, in his official
capacity as a Commissioner of the New
York State Board of Elections; KRISTEN
ZEBROWSKI STAVISKY, in her official
capacity as Co-Executive Director of the
New York State Board of Elections;
RAYMOND J. RILEY, III, in his official
Capacity as Co-Executive Director of the
New York State Board of Elections; and,
LETITIA JAMES, in her official capacity
as the Attorney General of the state of
New York,

                       Defendants.
------------------------------------------------------------- X

        Upon the Amended Complaint, the Declarations of Robert F. Kennedy, Jr., Deirdre Goldfarb, Jeffrey Rose, and Daniel Chirlin and exhibits thereto, and the accompanying Memorandum of Law, it is hereby:

        ORDERED, that the above named Defendants show cause before a motion term of this Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1306, in the City, County and State of New York, on _____,

_____, at _____ o'clock in the _____ noon

thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the Defendants during the pendency of this action and directing them to not remove from the ballot the name of Robert F. Kennedy, Jr., independent party candidate for the office of the President of the United States; and it is further

ORDERED that, sufficient reason having been shown therefor, pending the hearing of Plaintiff's application for a preliminary injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure, the Defendants are temporarily restrained and enjoined from removing from the ballot the name of Robert F. Kennedy, Jr., independent party candidate for the office of the President of the United States; and it is further

ORDERED that, whereas Defendants have appeared, by the Office of the Attorney General of the State of New York, who filed a notice of appearance on ECF (Doc. No. 30), service of a copy of this order and annexed Memorandum of Law and accompanying papers upon the Defendants or their counsel by e-filing on ECF, shall be deemed good and sufficient service thereof.

DATED:   New York, New York

ISSUED:   _____

_____
United States District Judge Andrew L. Carter