UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

TEAM KENNEDY, AMERICAN VALUES 2024,                    **Case No. 24-cv-3897-ALC**
AND JEFFREY ROSE,

                          Plaintiffs,

           -against-

HENRY T. BERGER, in his official                       **ORDER TO SHOW CAUSE**
capacity as the Co-Chair of the New York               **FOR A TEMPORARY**
State Board of Elections; PETER S.                      **RESTRAINING ORDER AND/OR**
KOSINSKI, in his official capacity as the              **PRELIMINARY INJUNCTION**
Co-Chair of the New York State Board of
Elections; ESSMA BAGNUOLA, in her
official capacity as a Commissioner of the
New York State Board of Elections;
ANTHONY J. CASSALE, in his official
capacity as a Commissioner of the New
York State Board of Elections; KRISTEN
ZEBROWSKI STAVISKY, in her official
capacity as Co-Executive Director of the
New York State Board of Elections;
RAYMOND J. RILEY, III, in his official
Capacity as Co-Executive Director of the
New York State Board of Elections; and,
LETITIA JAMES, in her official capacity
as the Attorney General of the state of
New York,

                         Defendants.
-------------------------------------------------------------- X

        The Court is in receipt of Plaintiffs' First Amended Complaint and Motion

for Order to Show Cause for Temporary Restraining Order and/or Preliminary Injunction,

ECF Nos. 32-33. Plaintiff's request for a Temporary Restraining Order is hereby DENIED:

        ORDERED, that the above named Defendants show cause before a motion term

of this Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom

1306, in the City, County and State of New York, on   **September 4, 2024**  ,

at **2:30 P.M. Eastern Time**.

thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the Defendants during the pendency of this action and directing them to not remove from the ballot the name of Robert F. Kennedy, Jr., independent party candidate for the office of the President of the United States; and it is further

ORDERED that, whereas Defendants have appeared, by the Office of the Attorney General of the State of New York, who filed a notice of appearance on ECF (Doc. No. 30), service of a copy of this order and annexed Memorandum of Law and accompanying papers upon the Defendants or their counsel by e-filing on ECF, shall be deemed good and sufficient service thereof.

ORDERED that Defendants shall respond by **August 28, 2024**. Any reply by Plaintiffs shall be filed by **August 30, 2024**.

DATED:   New York, New York

ISSUED:   August 23, 2024

_____
United States District Judge Andrew L. Carter

2