UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEAM KENNEDY, AMERICAN VALUES 2024, and JEFFREY ROSE<br><br>                      Plaintiffs,<br><br>-against-<br><br>HENRY T. BERGER, in his official capacity as Co-Chair of the New York State Board of Elections; PETER S. KOSINSKI, in his official capacity as Co-Chair of the New York State Board of Elections; ESSMA BAGNUOLA, in her official capacity as a Commissioner of the New York State Board of Elections; ANTHONY J. CASSALE, in his official capacity as a Commissioner of the New York State Board of Elections; KRISTEN ZEBROWSKI STAVISKY, in her official capacity as Co-Executive Director of the New York State Board of Elections; RAYMOND J. RILEY, III, in his official Capacity as Co-Executive Director of the New York State Board of Elections; and LETITIA JAMES, in her official capacity as the Attorney General of the state of New York,<br><br>                      Defendants. | 24-CV-3897 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of Plaintiffs' first amended complaint filed on August 22, 2024 (ECF No. 32). In light of the amended complaint, the proposed intervenors' motion to intervene (ECF No. 20) is **DENIED** without prejudice. Proposed intervenors may file a new motion to intervene by August 28, 2024. Plaintiffs and Defendants shall file any response by August 30, 2024.

**SO ORDERED.**

**Dated: August 23, 2024**
   **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**