UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TEAM KENNEDY, AMERICAN VALUES 2024, and JEFFREY ROSE,

                Plaintiffs,

  -against-

HENRY T. BERGER, in his official capacity as the Co-Chair of the New York State Board of Elections; PETER S. KOSINSKI, in his official capacity as the Co-Chair of the New York State Board of Elections; ESSMA BAGNUOLA, in her official capacity as a Commissioner of the New York State Board of Elections; ANTHONY J. CASSALE, in his official capacity as a Commissioner of the New York State Board of Elections; KRISTEN ZEBROWSKI STAVISKY, in her official capacity as Co-Executive Director of the New York State Board of Elections; RAYMOND J. RILEY, III, in his official capacity as Co-Executive Director of the New York State Board of Elections; and, LETITIA JAMES, in her official capacity as the Attorney General of the state of New York,

                Defendants.

24-CV-3897 (ALC)

**PROPOSED INTERVENOR-DEFENDANTS CAROLINE CARTWRIGHT, MATTHEW NELSON, AND JOSEPH R. RHONE, JR.'S NOTICE OF MOTION TO INTERVENE**

---

PLEASE TAKE NOTICE, that Proposed Intervenor-Defendants Caroline Cartwright, Matthew Nelson, and Joseph R. Rhone, Jr. ("Objectors") respectfully request that this Court permit them to intervene in this case pursuant to Fed. R. Civ. P. 24. As set forth in the accompanying memorandum of law, Objectors seek intervention as of right pursuant to Rule 24(a)(2), or in the alternative, permissive intervention under Rule 24(b)(1)(B). Defendants take no position on this motion. Despite representing on a call that they would provide their position and despite Objectors' several follow-up attempts to confer, Plaintiffs have not stated their position.

Dated: New York, New York
       August 26, 2024

Respectfully submitted,

_____
John C. Quinn
Joseph N. Posimato
Tayonna Ngutter (*pro hac vice* motion forthcoming)
Ian Robertson (*pro hac vice* motion forthcoming)
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
jquinn@heckerfink.com
jposimato@heckerfink.com
tngutter@heckerfink.com
irobertson@heckerfink.com

Kate Harris (*pro hac vice* motion forthcoming)
HECKER FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
(212) 763-0883
kharris@heckerfink.com

*Counsel for Objectors/Proposed Intervenor-Defendants*