

250 Vesey Street  
27th Floor  
New York, NY 10281

wmhwlaw.com  
T: 212-335-2030  
F: 212-335-2040

August 29, 2024

**VIA ECF**
The Honorable Andrew L. Carter, Jr.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

  Re: *Team Kennedy v. Henry T. Berger, et al.*, **No. 24-cv-03897-ALC**

Dear Judge Carter:

  We write jointly on behalf of Plaintiffs Team Kennedy, Jeffrey Rose and American Values 2024, in the above-referenced action. We write to notify the Court that Plaintiffs in this action consent to the intervention motions filed by Proposed Intervenor-Defendants Caroline Cartwright, Joseph R. Rhone, Jr. and Matthew Nelson, on August 26, 2024, and Proposed Intervenor-Plaintiffs Mark Braiman, Green Party of New York, Howie Hawkins, Andrew Kolstee, Libertarian Party of New York, Gloria Mattera, Richard Purtell, Crystal Sharadin, Jill Stein and Margaret Walton, on August 28, 2024. *See* Dkt. No. 41-45.

  We thank you for your consideration.

                Sincerely,

                */s/ Jim Walden*
                Jim Walden
                *Counsel for Plaintiff Team Kennedy*

                */s/ Gary L. Donoyan*
                Gary L. Donoyan
                *Counsel for Plaintiff Team Kennedy*

                */s/ Jed Rubenfeld*
                Jed Rubenfeld
                *Counsel for Plaintiffs American Values 2024*
                *and Jeffrey Rose*

cc: All counsel of record (via ECF)