UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEAM KENNEDY, AMERICAN VALUES 2024, and JEFFREY ROSE<br><br>　　　　　　　　Plaintiffs,<br><br>-against-<br><br>HENRY T. BERGER, in his official capacity as Co-Chair of the New York State Board of Elections; PETER S. KOSINSKI, in his official capacity as Co-Chair of the New York State Board of Elections; ESSMA BAGNUOLA, in her official capacity as a Commissioner of the New York State Board of Elections; ANTHONY J. CASSALE, in his official capacity as a Commissioner of the New York State Board of Elections; KRISTEN ZEBROWSKI STAVISKY, in her official capacity as Co-Executive Director of the New York State Board of Elections; RAYMOND J. RILEY, III, in his official Capacity as Co-Executive Director of the New York State Board of Elections; and LETITIA JAMES, in her official capacity as the Attorney General of the state of New York,<br><br>　　　　　　　　Defendants. | 1:24-cv-3897 (ALC)<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., District Judge:**

　　　　The Court is in receipt of Plaintiffs' letter motion for expedited discovery to serve subpoenas on Caroline Cartwright, Matthew Nelson, Joseph R. Rhone, Jr., ("Intervenor Defendants"), and Alexander Pease (ECF No. 51). Intervenor Defendants are order to file a response by **September 3, 2024**.

**SO ORDERED.**

**Dated: August 30, 2024**
      **New York, New York**

                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**