UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEAM KENNEDY, AMERICAN VALUES 2024, and JEFFREY ROSE<br><br>       **Plaintiffs,**<br><br>-against-<br><br>HENRY T. BERGER, in his official capacity as Co-Chair of the New York State Board of Elections; PETER S. KOSINSKI, in his official capacity as Co-Chair of the New York State Board of Elections; ESSMA BAGNUOLA, in her official capacity as a Commissioner of the New York State Board of Elections; ANTHONY J. CASSALE, in his official capacity as a Commissioner of the New York State Board of Elections; KRISTEN ZEBROWSKI STAVISKY, in her official capacity as Co-Executive Director of the New York State Board of Elections; RAYMOND J. RILEY, III, in his official Capacity as Co-Executive Director of the New York State Board of Elections; and LETITIA JAMES, in her official capacity as the Attorney General of the state of New York,<br><br>       **Defendants.** | 1:24-cv-3897 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

   In advance of tomorrow's Order to Show Cause hearing, Plaintiffs and Defendants will have ten minutes each for opening statements and three minutes each to respond. Intervenor Plaintiffs and Intervenor Defendants are granted eight minutes each to present their arguments. Plaintiffs and Defendants are each granted eight minutes to respond to Intervenor Plaintiffs and Intervenor Defendants.

**SO ORDERED.**

**Dated: September 3, 2024**
       **New York, New York**

                                         **ANDREW L. CARTER, JR.**
                                         **United States District Judge**