IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEAM KENNEDY, AMERICAN VALUES 2024, and JEFFREY ROSE, <br><br> Plaintiffs, <br><br> - against - <br><br> HENRY T. BERGER, in his official capacity as the Co-Chair of the New York State Board of Elections; PETER S. KOSINSKI, in his official capacity as the Co-Chair of the New York State Board of Elections; ESSMA BAGNUOLA, in her official capacity as a Commissioner of the New York State Board of Elections; ANTHONY J. CASSALE, in his official capacity as a Commissioner of the New York State Board of Elections; KRISTEN ZEBROWSKI STAVISKY, in her official capacity as Co-Executive Director of the New York State Board of Elections; RAYMOND J. RILEY, III, in his official Capacity as Co-Executive Director of the New York State Board of Elections; and, LETITIA JAMES, in her official capacity as the Attorney General of the state of New York, <br><br> Defendants. | NOTICE OF APPEAL <br><br> 1:24-cv-3897 (ALC) |

NOTICE IS HEREBY GIVEN that all plaintiffs in the above-named case hereby appeal to the United States Court of Appeals for the Second Circuit, from an order denying their motion for a preliminary injunction, entered in this action on the 10th day of September 2024.

Dated: September 11, 2024

   /s/ **Gary L. Donoyan**
Gary L. Donoyan, Esq.
Law Office of Gary L. Donoyan
*Counsel for Plaintiff Team Kennedy*
565 Plandome Road #209
Manhasset, NY 11030
516.312.8782
gdonoyan@verizon.net

   /s/ **Paul A. Rossi**
Paul A. Rossi, Esq.
*Pro Hac Vice* Admission Pending
*Counsel for Plaintiff Team Kennedy*
IMPG Advocates
316 Hill Street, Suite 1020
Mountville, PA 17554
717.961.8978
Paul-Rossi@comcast.net

   /s/ **Jed Rubenfeld**
Jed Rubenfeld, Esq.
*Counsel for Plaintiffs AC2024 and Jeffrey Rose*
1031 Forest Road
New Haven, CT 06515
203.432.7631
jed.rubenfeld@yale.edu

2