UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEAM KENNEDY, AMERICAN VALUES 2024, AND JEFFREY ROSE,<br><br>    Plaintiffs,<br><br>  -against-<br><br>HENRY T. BERGER, in his official capacity as the Co-Chair of the New York State Board of Elections; PETER S. KOSINSKI, in his official capacity as the Co-Chair of the New York State Board of Elections; ESSMA BAGNUOLA, in her official capacity as a Commissioner of the New York State Board of Elections; ANTHONY J. CASSALE, in his official capacity as a Commissioner of the New York State Board of Elections; KRISTEN ZEBROWSKI STAVISKY, in her official capacity as Co-Executive Director of the New York State Board of Elections; RAYMOND J. RILEY, III, in his official Capacity as Co-Executive Director of the New York State Board of Elections; and, LETITIA JAMES, in her official capacity as the Attorney General of the state of New York,<br><br>    Defendants. | Case No. 1:24-cv-03897-ALC<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)** |

## **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Team Kennedy, American Values 2024 (AV24), and Jeffrey Rose hereby give Notice that the above-captioned action is Voluntarily Dismissed without prejudice against all Defendants.

Dated:  New York, NY  
October 16, 2024

Respectfully submitted,

By: */s/      Gary L. Donoyan*  
Gary L. Donoyan, Esq.  
Law Office of Gary L. Donoyan  
565 Plandome Road #209  
Manhasset, NY 11030  
(516) 312-8782  
gdonoyan@verizon.net  
*Counsel for Team Kennedy*

*/s/      Paul A. Rossi*  
Paul A. Rossi, Esq.  
*(Pro Hac Vice Admission Pending)*  
IMPG Advocates  
316 Hill Street  
Suite 1020  
Mountville, PA 17554  
(717) 961-8978  
Paul-Rossi@comcast.net  
*Counsel for Team Kennedy*

1

/s/     *Jed Rubenfeld*
───────────────────────────

Jed Rubenfeld, Esq.
1031 Forest Rd.
New Haven CT 06515
203-432-7631
jed.rubenfeld@yale.edu
*Counsel for AV24, Jeffrey Rose*

2