IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEAM KENNEDY, AMERICAN VALUES 2024, AND JEFFREY ROSE,<br><br>Plaintiffs,<br><br>v.<br><br>HENRY T. BERGER, in his official capacity as Co-Chair of the New York State Board of Elections; PETER S. KOSINSKI, in his official capacity as Co-Chair of the New York State Board of Elections; ESSMA BAGNUOLA, in her official capacity as a Commissioner of the New York State Board of Elections; ANTHONY J. CASSALE, in his official capacity as a Commissioner of the New York State Board of Elections; KRISTEN ZEBROWSKI STAVISKY, in her official capacity as Co-Executive Director of the New York State Board of Elections; RAYMOND J. RILEY, III, in his official Capacity as Co-Executive Director of the New York State Board of Elections; and LETITIA JAMES, in her official capacity as the Attorney General of the state of New York,<br><br>Defendants. | Case No.: <u>1:24-cv-03897-ALC</u><br><br>**NOTICE OF WITHDRAWAL OF MOTION AND PROPOSED PLEADING** |

PLEASE TAKE NOTICE THAT Proposed Plaintiff-Intervenors, Green Party of New York, Libertarian Party of New York, Dr. Jill Stein, Gloria Mattera, Howie Hawkins, Crystal Sharadin, Margaret Walton, Andrew Kolstee, Mark Braiman and Richard Purtell hereby withdraw, without prejudice: their Notice of Motion (ECF No. 44); their Plaintiff-Intervenors' Complaint in Intervention and for Declaratory and Injunctive Relief (ECF No. 45-1); and the Memorandum of Law in Support of Motion to Intervene as Plaintiffs (ECF No. 45), each of which Proposed Intervenors filed contemporaneously on or about August 5, 2024.

Dated: West Hurley, New York
      October 16, 2024

Respectfully submitted,
/s/ *Melissa Cowan*
Melissa Cowan
MORE VOTER CHOICE FUND INC.
8 Mosher Place
West Hurley, NY 12491
845-706-3303
melissa@morevoterchoicefund.org
NY Bar Number: 5441860

Oliver B. Hall
CENTER FOR COMPETITIVE DEMOCRACY /
MORE VOTER CHOICE FUND INC.
P.O. Box 21090
Washington, D.C. 20009
202-248-9294
oliverhall@competitivedemocracy.org

*Counsel for Proposed Intervenors*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 16, 2024 the foregoing document was filed using the Court's CM/ECF system, which will effect service upon all counsel of record.

*/s/Melissa Cowan*
MELISSA COWAN