UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

TEAM KENNEDY, AMERICAN VALUES 2024, and JEFFREY ROSE,

                  **Plaintiffs,**

           -against-

HENRY T. BERGER, *in his official capacity as the Co-Chair of the New York State Board of Elections*, et al.,

                  **Defendants.**

------------------------------------------------------------ x

1:24-cv-03897 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On October 16, 2024, Plaintiffs submitted a deficient Notice of Voluntary Dismissal. ECF No. 84. Plaintiffs shall re-file their Notice or, a joint status report informing the Court as to the next steps in this case and whether the case may be closed by **April 10, 2025**.

**SO ORDERED.**

Dated:    **April 2, 2025**
             **New York, New York**

                                                     **ANDREW L. CARTER, JR.**
                                                       **United States District Judge**