UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TEAM KENNEDY, AMERICAN VALUES 2024, AND JEFFREY ROSE,

        Plaintiffs,

-against-

HENRY T. BERGER, in his official capacity as the Co-Chair of the New York State Board of Elections; PETER S. KOSINSKI, in his official capacity as the Co-Chair of the New York State Board of Elections; ESSMA BAGNUOLA, in her official capacity as a Commissioner of the New York State Board of Elections; ANTHONY J. CASSALE, in his official capacity as a Commissioner of the New York State Board of Elections; KRISTEN ZEBROWSKI STAVISKY, in her official capacity as Co-Executive Director of the New York State Board of Elections; RAYMOND J. RILEY, III, in his official Capacity as Co-Executive Director of the New York State Board of Elections; and, LETITIA JAMES, in her official capacity as the Attorney General of the state of New York,

        Defendants.

Case No. 1:24-cv-03897-ALC

**PLAINTIFFS' AMENDED NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

## PLAINTIFFS' AMENDED NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Team Kennedy, American Values 2024 (AV24), and Jeffrey Rose hereby give Notice that the above-captioned action is Voluntarily Dismissed without prejudice against all Defendants.

Dated: Manhasset, New York
7 April 2025

Respectfully submitted,

By: _____
Gary L. Donoyan, Esq.
Law Office of Gary L. Donoyan
565 Plandome Road #209
Manhasset, New York  11030
(516) 312-8782
gdonoyan@verizon.net
*Counsel for Team Kennedy*

_____
Jed Rubenfeld, Esq.
1031 Forest Road
New Haven, Connecticut  06515
(203) 432-7631
jed.rubenfeld@yale.edu
*Counsel for AV24, Jeffrey Rose*

2